B6A (Official Form 6A) (12/07)

In re  David J. Mutter,
       Nancy E. Mutter
                                                                Case No.  12-36743-mdm
                                    Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4555 Hess Lane, Phelps, Wisconsin - 2nd home, FMV per 2011 real estate tax bill = $275,700.00 - $27,570.00, poor market conditions, - $16,377.00 costs of sale = $231,753.00. | Fee simple | C | 231,753.00 | 241,092.00 |
| Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill. | Fee simple | C | 361,311.20 | 682,422.44 |
| *** 80 acre parcel, Tax Key #006 032013023000, on Raynor Avenue, Union Grove, WI. There is a pending offer to purchase for $505,000.00. | fee simple | C | 505,000.00 | 452,365.83 |

|  | Sub-Total > | 1,098,064.20 | (Total of this page) |
|---|---|---|---|
|  | Total > | 1,098,064.20 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  David J. Mutter,
       Nancy E. Mutter
                                                              Debtors

Case No. __12-36743-mdm__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>***Arthur J. Gould Trust, et al<br>c/o Herbert S. Gould<br>1728 West Ohio Street<br>Chicago, IL 60622 | | C | 8/27/2009<br>Trustee's Deed<br>*** 80 acre parcel, Tax Key #006 032013023000, on Raynor Avenue, Union Grove, WI. There is a pending offer to purchase for $505,000.00.<br>Value $ 505,000.00 | | | | 452,365.83 | 0.00 |
| Account No.<br><br>***Community State Bank<br>1500 Main Street<br>Union Grove, WI 53182-1718 | X | J | 9/19/11<br>Non-Purchase Money Security<br>Debtor has 17.25% interest in Hintz Real Estate Development, Co., Debtor is a limited partner, non-managing member. Debtor does not know whether his interest has value. Property was on the market for 4 years. No offers received.<br>Value $ 0.00 | X | | | 1,072,235.00 | 1,072,235.00 |
| Account No.<br><br>Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 53212 | | | Representing:<br>***Community State Bank<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>Ally Financial<br>P.O. Box 380901<br>Minneapolis, MN 55438 | X | C | 8/2009<br>Purchase Money Security<br>2009 Chevy, Malibu, 36,000 miles, Kelley Blue Book private party value $12,628.00. Vehicle "co-owned" with daughter, Carmen Mutter.<br>Value $ 12,628.00 | | | | 7,622.00 | 0.00 |
| __1__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 1,532,222.83 | 1,072,235.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  David J. Mutter,
       Nancy E. Mutter

Case No. __12-36743-mdm__

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Community State Bank<br>1500 Main Street<br>Union Grove, WI 53182-1718 | | C | 10/2005<br>Mortgage<br>4555 Hess Lane, Phelps, Wisconsin - 2nd home, FMV per 2011 real estate tax bill = $275,700.00 - $27,570.00, poor market conditions, - $16,377.00 costs of sale = $231,753.00. | | | | | |
| | | | Value $ 231,753.00 | | | | 237,978.00 | 0.00 |
| Account No.<br><br>Community State Bank<br>1500 Main Street<br>Union Grove, WI 53182-1718 | | C | 5/2008<br><br>Second Mortgage<br><br>Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill. | | | | | |
| | | | Value $ 361,311.20 | | | | 600,989.21 | 315,111.24 |
| Account No.<br><br>John and Lorraine Mutter, Trustees<br>Mutter Living Trust<br>432 S. Raynor Avenue<br>Union Grove, WI 53182 | | C | 1/3/2001<br><br>Land Contract<br><br>Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill. | | | | | |
| | | | Value $ 361,311.20 | | | | 75,433.23 | 0.00 |
| Account No.<br><br>Racine County Treasurer<br>Dept 3964<br>P.O. Box 2088<br>Milwaukee, WI 53201-2088 | | C | 12/31/2011<br><br>Statutory Lien<br><br>Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill. | | | | | |
| | | | Value $ 361,311.20 | | | | 6,000.00 | 6,000.00 |
| Account No.<br><br>Vilas County Treasurer<br>330 Court Street<br>Eagle River, WI 54521 | | C | 1/31/2012<br>Real Estate Taxes<br>4555 Hess Lane, Phelps, Wisconsin - 2nd home, FMV per 2011 real estate tax bill = $275,700.00 - $27,570.00, poor market conditions, - $16,377.00 costs of sale = $231,753.00. | | | | | |
| | | | Value $ 231,753.00 | | | | 3,114.00 | 3,114.00 |

Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    923,514.44    324,225.24

Total (Report on Summary of Schedules)    2,455,737.27    1,396,460.24

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: David J. Mutter, Nancy E. Mutter, Debtor(s)

Case No. 12-36743-mdm
Chapter 7

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __3__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  1-17-13      Signature  /s/ David J. Mutter
                              Debtor

Date  1-17-13      Signature  /s/ Nancy E. Mutter
                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy