B6A (Official Form 6A) (12/07)

In re   **David J. Mutter,**
       **Nancy E. Mutter**,
       Debtors

Case No.   **12-36743-mdm**

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4555 Hess Lane, Phelps, Wisconsin - 2nd home, FMV per 2011 real estate tax bill = $275,700.00 - $27,570.00, poor market conditions, - $16,377.00 costs of sale = $231,753.00.** | **Fee simple** | **C** | **231,753.00** | **241,092.00** |
| **Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill.** | **Fee simple** | **C** | **361,311.20** | **682,422.44** |
| **\*\*\*80 acre parcel, Tax Key #006 032013023000, on Raynor Avenue, Union Grove, WI. There is a pending offer to purchase for $505,000.00 - @$47,634.17 in additional mortgage expenses, closing costs, fees, and other expenses = $457,365.83.** | **fee simple** | **C** | **457,365.83** | **452,365.83** |

| | Sub-Total > | **1,050,430.03** | (Total of this page) |
|---|---|---|---|
| | Total > | **1,050,430.03** | |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re   **David J. Mutter,**
       **Nancy E. Mutter**
                                                              Debtors

Case No.   **12-36743-mdm**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | C | 600.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Tvs $100; receiver $50; dvd player $20; tables $20; lamps $10; piano $0; table/chairs $200; oven $50; dishwasher $50; refrigerators $200; freezers $200; dresser $20; nightstand $10; beds $50; washer $50; dryer $50; couches $50; chairs $10;** | C | 1,180.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books** | W | 10.00 |
| 6. | Wearing apparel. | | **Usual woman's clothing $300; Usual man's clothing $300** | C | 600.00 |
| 7. | Furs and jewelry. | | **wedding rings $200** | C | 200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Guardian Insurance policy - face value is $600,000.00. $158,000.00 loan - @$11,200.00 interest overdue.  No cash surrender value.** | C | 0.00 |
| | | | **Catholic Family Life Insurance policy, cash surrender value $912.00.** | H | 912.00 |

                                                            Sub-Total >    **3,502.00**
                                                            (Total of this page)

  **3**  continuation sheets attached to the Schedule of Personal Property

In re **David J. Mutter,**
**Nancy E. Mutter,**
                                                   Debtors

Case No. __12-36743-mdm__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | RS/Investments - IRA, ERISA protected, not part of estate. | W | 3,226.96 |
| | | Guardian 401(k) Plan | W | 27,911.68 |
| | | Guardian, 401(k) Plan | H | 33,151.75 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | O & M Excavating & Grading Inc. - Debts far exceed assets. | C | 0.00 |
| | | LULA JOCA, LLC - debts exceed assets - property is in foreclosure. | W | 0.00 |
| | | *** Business Credit Agreement, Dated August, 31, 2011 with Hintz Real Estate Development. Said agreement was terminated on January 3, 2012. | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Debtor has 17.25% interest in Hintz Real Estate Development, Co., Debtor is a limited partner, non-managing member. Debtor does not know whether his interest has value. Property was on the market for 4 years. No offers received. Debtor will co-operate with Trustee as needed. | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | ***2012 income tax refunds - no more than $10,250.00 after IRS and WDOR setoffs. | C | 10,250.00 |
| | | | Sub-Total > (Total of this page) | 74,540.39 |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **David J. Mutter,**  
**Nancy E. Mutter**  
_____,  
Debtors

Case No. __12-36743-mdm__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Farm Land Lease with Kevin Whitley Farms - $4,550.00 due on February 1, 2013.** | H | 4,550.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford Expedition, 100,000 miles, Kelley Blue Book, private party value $18,016.00 - $1,800.00 cost to liquidate = $16,216.00** | W | 16,216.00 |
| | | **2009 Chevy, Malibu, 36,000 miles, Kelley Blue Book private party value $12,628.00. Vehicle "co-owned" with daughter, Carmen Mutter.** | W | 6,314.00 |
| 26. Boats, motors, and accessories. | | **2005 Odyssey, 19'10" pontoon boat NADA low retail value $5,510.00 - cost to liquidate $550.00 = $4,960.00.** | C | 4,960.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >  **32,040.00**  
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **David J. Mutter,**
**Nancy E. Mutter**
_____,
Debtors

Case No. **12-36743-mdm**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 1 dog and 11 chickens, no commercial value | H | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Mutter Revocable Trust dated October 24, 2004. Homestead listed on Schedule A is the only assets in this trust. | C | 0.00 |

Sub-Total > **0.00**
(Total of this page)
Total > **110,082.39**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **David J. Mutter,**
**Nancy E. Mutter** ,
Debtors

Case No. **12-36743-mdm**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account | 11 U.S.C. § 522(d)(5) | 600.00 | 600.00 |
| **Household Goods and Furnishings** | | | |
| Tvs $100; receiver $50; dvd player $20; tables $20; lamps $10; piano $0; table/chairs $200; oven $50; dishwasher $50; refrigerators $200; freezers $200; dresser $20; nightstand $10; beds $50; washer $50; dryer $50; couches $50; chairs $10; | 11 U.S.C. § 522(d)(3) | 1,180.00 | 1,180.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books | 11 U.S.C. § 522(d)(3) | 10.00 | 10.00 |
| **Wearing Apparel** | | | |
| Usual woman's clothing $300; Usual man's clothing $300 | 11 U.S.C. § 522(d)(3) | 600.00 | 600.00 |
| **Furs and Jewelry** | | | |
| wedding rings $200 | 11 U.S.C. § 522(d)(4) | 200.00 | 200.00 |
| **Interests in Insurance Policies** | | | |
| Catholic Family Life Insurance policy, cash surrender value $912.00. | 11 U.S.C. § 522(d)(8) | 912.00 | 912.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| RS/Investments - IRA, ERISA protected, not part of estate. | 11 U.S.C. § 522(d)(12) | 3,226.96 | 3,226.96 |
| Guardian 401(k) Plan | 11 U.S.C. § 522(d)(12) | 27,911.68 | 27,911.68 |
| Guardian, 401(k) Plan | 11 U.S.C. § 522(d)(12) | 33,151.75 | 33,151.75 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| ***2012 income tax refunds - no more than $10,250.00 after IRS and WDOR setoffs. | 11 U.S.C. § 522(d)(5) | 10,250.00 | 10,250.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Ford Expedition, 100,000 miles, Kelley Blue Book, private party value $18,016.00 - $1,800.00 cost to liquidate = $16,216.00 | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 6,900.00<br>9,316.00 | 16,216.00 |
| 2009 Chevy, Malibu, 36,000 miles, Kelley Blue Book private party value $12,628.00. Vehicle "co-owned" with daughter, Carmen Mutter. | 11 U.S.C. § 522(d)(5) | 2,503.00 | 12,628.00 |
| **Boats, Motors and Accessories** | | | |
| 2005 Odyssey, 19'10" pontoon boat NADA low retail value $5,510.00 - cost to liquidate $550.00 = $4,960.00. | 11 U.S.C. § 522(d)(5) | 1,281.00 | 4,960.00 |
| | Total: | 98,042.39 | 111,846.39 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re  **David J. Mutter,**
       **Nancy E. Mutter**
                                                                                          ,
                                        Debtors

Case No. __12-36743-mdm__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>***Community State Bank<br>1500 Main Street<br>Union Grove, WI 53182-1718 | X | J | 9/19/11<br>**Non-Purchase Money Security**<br>Debtor interest in Hintz Real Estate Development, Co. and Business Credit Agreement with Hintz Real Estate Development LLC dated August 31, 2011.<br>Value $ 0.00 | | X | | 1,072,235.00 | 1,072,235.00 |
| Account No.<br><br>Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 53212 | | | Representing:<br> ***Community State Bank<br><br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>Ally Financial<br>P.O. Box 380901<br>Minneapolis, MN 55438 | X | C | 8/2009<br>**Purchase Money Security**<br>2009 Chevy, Malibu, 36,000 miles, Kelley Blue Book private party value $12,628.00. Vehicle "co-owned" with daughter, Carmen Mutter.<br>Value $ 12,628.00 | | | | 7,622.00 | 0.00 |
| Account No.<br><br>Arthur J. Gould Trust, et al<br>c/o Herbert S. Gould<br>1728 West Ohio Street<br>Chicago, IL 60622 | | C | 8/27/2009<br>**Trustee's Deed**<br>***80 acre parcel, Tax Key #006 032013023000, on Raynor Avenue, Union Grove, WI. There is a pending offer to purchase for $505,000.00 - @$47,634.17 in additional mortgage expenses, closing costs, fees, and other expenses<br>Value $ 457,365.83 | | | | 452,365.83 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,532,222.83 | 1,072,235.00 |

In re **David J. Mutter,** Case No. **12-36743-mdm**
**Nancy E. Mutter**
,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Community State Bank**<br>**1500 Main Street**<br>**Union Grove, WI 53182-1718** | | C | 10/2005<br>Mortgage<br>4555 Hess Lane, Phelps, Wisconsin - 2nd home, FMV per 2011 real estate tax bill = $275,700.00 - $27,570.00, poor market conditions, - $16,377.00 costs of sale = $231,753.00.<br>Value $ 231,753.00 | | | | 237,978.00 | 0.00 |
| Account No.<br>**Community State Bank**<br>**1500 Main Street**<br>**Union Grove, WI 53182-1718** | | C | 5/2008<br>Second Mortgage<br>Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill.<br>Value $ 361,311.20 | | | | 600,989.21 | 315,111.24 |
| Account No.<br>**John and Lorraine Mutter, Trustees**<br>**Mutter Living Trust**<br>**432 S. Raynor Avenue**<br>**Union Grove, WI 53182** | | C | 1/3/2001<br>Land Contract<br>Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill.<br>Value $ 361,311.20 | | | | 75,433.23 | 0.00 |
| Account No.<br>**Racine County Treasurer**<br>**Dept 3964**<br>**P.O. Box 2088**<br>**Milwaukee, WI 53201-2088** | | C | 12/31/2011<br>Statutory Lien<br>Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill.<br>Value $ 361,311.20 | | | | 6,000.00 | 6,000.00 |
| Account No.<br>**Vilas County Treasurer**<br>**330 Court Street**<br>**Eagle River, WI 54521** | | C | 1/31/2012<br>Real Estate Taxes<br>4555 Hess Lane, Phelps, Wisconsin - 2nd home, FMV per 2011 real estate tax bill = $275,700.00 - $27,570.00, poor market conditions, - $16,377.00 costs of sale = $231,753.00.<br>Value $ 231,753.00 | | | | 3,114.00 | 3,114.00 |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **923,514.44** **324,225.24**

Total (Report on Summary of Schedules) **2,455,737.27** **1,396,460.24**

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **David J. Mutter**, **Nancy E. Mutter**, Debtor(s)

Case No. **12-36743-mdm**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
***Community State Bank

**Describe Property Securing Debt:**
Debtor interest in Hintz Real Estate Development, Co. and Business Credit Agreement with Hintz Real Estate Development LLC dated August 31, 2011.

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
Ally Financial

**Describe Property Securing Debt:**
2009 Chevy, Malibu, 36,000 miles, Kelley Blue Book private party value $12,628.00. Vehicle "co-owned" with daughter, Carmen Mutter.

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain **Co-debtor will continue to make payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

B8 (Form 8) (12/08)  Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:** <br> **Arthur J. Gould Trust, et al** | **Describe Property Securing Debt:** <br> ***80 acre parcel, Tax Key #006 032013023000, on Raynor Avenue, Union Grove, WI.  There is a pending offer to purchase for $505,000.00 - @$47,634.17 in additional mortgage expenses, closing costs, fees, and other expenses = $457,365.83.** |

Property will be (check one):
   ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:** <br> **Community State Bank** | **Describe Property Securing Debt:** <br> **4555 Hess Lane, Phelps, Wisconsin - 2nd home, FMV per 2011 real estate tax bill = $275,700.00 - $27,570.00, poor market conditions, - $16,377.00 costs of sale = $231,753.00.** |

Property will be (check one):
   ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:** <br> **Community State Bank** | **Describe Property Securing Debt:** <br> **Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill.** |

Property will be (check one):
   ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**John and Lorraine Mutter, Trustees** | **Describe Property Securing Debt:**<br>**Homestead: 306 S. Raynor Avenue, Union Grove WI 53182. FMV per 2011 real estate tax bill.** |

Property will be (check one):
   ■ Surrendered               ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Kevin Whitley Farms** | **Describe Leased Property:**<br>**September 1, 2012 lease of Town of Dover farm acreage. Debtor is Lesser.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **February 12, 2013**      Signature **/s/ David J. Mutter**
                                                   **David J. Mutter**
                                                   Debtor

Date **February 12, 2013**      Signature **/s/ Nancy E. Mutter**
                                                   **Nancy E. Mutter**
                                                   Joint Debtor

# United States Bankruptcy Court
## Eastern District of Wisconsin

| | | |
|---|---|---|
| In re | **David J. Mutter**<br>**Nancy E. Mutter** | Case No. **12-36743-mdm** |
| | Debtor(s) | Chapter **7** |

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __**8**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 12, 2013**   Signature **/s/ David J. Mutter**
                                         **David J. Mutter**
                                         Debtor

Date **February 12, 2013**   Signature **/s/ Nancy E. Mutter**
                                         **Nancy E. Mutter**
                                         Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy