B6B (Official Form 6B) (12/07)

In re   **David J. Mutter,**
         **Nancy E. Mutter**
                                       Debtors

Case No.   **12-36743-mdm**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | C | 600.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Tvs $100; receiver $50; dvd player $20; tables $20; lamps $10; piano $0; table/chairs $200; oven $50; dishwasher $50; refrigerators $200; freezers $200; dresser $20; nightstand $10; beds $50; washer $50; dryer $50; couches $50; chairs $10;** | C | 1,180.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books** | W | 10.00 |
| 6. | Wearing apparel. | | **Usual woman's clothing $300; Usual man's clothing $300** | C | 600.00 |
| 7. | Furs and jewelry. | | **wedding rings $200** | C | 200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Guardian Insurance policy - face value is $600,000.00. $158,000.00 loan - @$11,200.00 interest overdue. No cash surrender value.** | C | 0.00 |
| | | | **Catholic Family Life Insurance policy, cash surrender value $912.00.** | H | 912.00 |

                                                                                                                    Sub-Total >    **3,502.00**
                                                                                                                    (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

| In re | David J. Mutter,<br>Nancy E. Mutter | | Case No. | 12-36743-mdm |
|---|---|---|---|---|
| | | Debtors | | |

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | RS/Investments - IRA, ERISA protected, not part of estate. | W | 3,226.96 |
| | | Guardian 401(k) Plan | W | 27,911.68 |
| | | Guardian, 401(k) Plan | H | 33,151.75 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | O & M Excavating & Grading Inc. - Debts far exceed assets. | C | 0.00 |
| | | LULA JOCA, LLC - debts exceed assets - property is in foreclosure. | W | 0.00 |
| | | Business Credit Agreement, Dated August, 31, 2011 with Hintz Real Estate Development. Said agreement was terminated on January 3, 2012. | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Debtor has 17.25% interest in Hintz Real Estate Development, Co., Debtor is a limited partner, non-managing member. Debtor does not know whether his interest has value. Property was on the market for 4 years. No offers received. Debtor will co-operate with Trustee as needed. | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | ***2012 income tax refunds - no more than $10,250.00 after IRS and WDOR setoffs. | C | 10,250.00 |
| | | | Sub-Total ><br>(Total of this page) | 74,540.39 |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **David J. Mutter, Nancy E. Mutter**, Debtors

Case No. **12-36743-mdm**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Farm Land Lease with Kevin Whitley Farms - $4,550.00 due on February 1, 2013.** | H | 4,550.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford Expedition, 100,000 miles, Kelley Blue Book, private party value $18,016.00 - $1,800.00 cost to liquidate = $16,216.00** | W | 16,216.00 |
| | | **2009 Chevy, Malibu, 36,000 miles, Kelley Blue Book private party value $12,628.00. Vehicle "co-owned" with daughter, Carmen Mutter.** | W | 6,314.00 |
| 26. Boats, motors, and accessories. | | **\*\*\* 2005 Odyssey, 19'10" pontoon boat NADA low retail value $5,510.00 - cost to liquidate $550.00 = $4,960.00.** | C | 4,960.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

| | Sub-Total > (Total of this page) | **32,040.00** |
|---|---|---|

Sheet **2** of **3** continuation sheets attached to the Schedule of Personal Property

In re **David J. Mutter,**
**Nancy E. Mutter**
 , Case No. **12-36743-mdm**
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 dog and 11 chickens, no commercial value** | H | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Mutter Revocable Trust dated October 24, 2004. Homestead listed on Schedule A is the only assets in this trust.** | C | 0.00 |

|   |   |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 110,082.39 |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **David J. Mutter,**
       **Nancy E. Mutter**,         Case No. **12-36743-mdm**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☑ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account | 11 U.S.C. § 522(d)(5) | 600.00 | 600.00 |
| **Household Goods and Furnishings** | | | |
| Tvs $100; receiver $50; dvd player $20; tables $20; lamps $10; piano $0; table/chairs $200; oven $50; dishwasher $50; refrigerators $200; freezers $200; dresser $20; nightstand $10; beds $50; washer $50; dryer $50; couches $50; chairs $10; | 11 U.S.C. § 522(d)(3) | 1,180.00 | 1,180.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books | 11 U.S.C. § 522(d)(3) | 10.00 | 10.00 |
| **Wearing Apparel** | | | |
| Usual woman's clothing $300; Usual man's clothing $300 | 11 U.S.C. § 522(d)(3) | 600.00 | 600.00 |
| **Furs and Jewelry** | | | |
| wedding rings $200 | 11 U.S.C. § 522(d)(4) | 200.00 | 200.00 |
| **Interests in Insurance Policies** | | | |
| Catholic Family Life Insurance policy, cash surrender value $912.00. | 11 U.S.C. § 522(d)(8) | 912.00 | 912.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| RS/Investments - IRA, ERISA protected, not part of estate. | 11 U.S.C. § 522(d)(12) | 3,226.96 | 3,226.96 |
| Guardian 401(k) Plan | 11 U.S.C. § 522(d)(12) | 27,911.68 | 27,911.68 |
| Guardian, 401(k) Plan | 11 U.S.C. § 522(d)(12) | 33,151.75 | 33,151.75 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| ***2012 income tax refunds - no more than $10,250.00 after IRS and WDOR setoffs. | 11 U.S.C. § 522(d)(5) | 6,571.00 | 10,250.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Ford Expedition, 100,000 miles, Kelley Blue Book, private party value $18,016.00 - $1,800.00 cost to liquidate = $16,216.00 | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 6,900.00<br>9,316.00 | 16,216.00 |
| 2009 Chevy, Malibu, 36,000 miles, Kelley Blue Book private party value $12,628.00. Vehicle "co-owned" with daughter, Carmen Mutter. | 11 U.S.C. § 522(d)(5) | 2,503.00 | 12,628.00 |
| **Boats, Motors and Accessories** | | | |
| *** 2005 Odyssey, 19'10" pontoon boat NADA low retail value $5,510.00 - cost to liquidate $550.00 = $4,960.00. | 11 U.S.C. § 522(d)(5) | 4,960.00 | 4,960.00 |
| | Total: | **98,042.39** | **111,846.39** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **David J. Mutter, Nancy E. Mutter**, Debtor(s)

Case No. **12-36743-mdm**

Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **5** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 25, 2013**  Signature **/s/ David J. Mutter**
**David J. Mutter**
Debtor

Date **March 25, 2013**  Signature **/s/ Nancy E. Mutter**
**Nancy E. Mutter**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.