# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN

In re: MUTTER, DAVID J.  
      MUTTER, NANCY E.  
        Debtor(s).

CASE NO. 12-36743 MDM  
Chapter 7

## NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT

Michael P. Maxwell, the Trustee of this case intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you object to the Trustee's intended abandonment, or if you want the court to consider your views on the matter, then on or before **August 12, 2013**, you or your attorney must:

1. File with the Court a written objection to the abandonment and a request for a hearing at:

    Clerk, U.S. Bankruptcy Court  
    Room 126, Federal Courthouse  
    517 E. Wisconsin Avenue  
    Milwaukee, WI 53202

2. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

3. You must also mail a copy to:

    Office of the U.S. Trustee      Michael P. Maxwell  
    517 E. Wisconsin Ave., Rm 430      8112 W. Bluemound Road, Suite 61  
    Milwaukee, WI 53202      Wauwatosa, WI 53213

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's notice and may enter an order granting that relief.

The Trustee intends to abandon the estate's interest in the following property for the reasons set forth:

## Property to be Abandoned because of a Security Interest, Liens and/or Exemptions

The Trustee intends to abandon the following property because, after considering exemptions claimed by the Debtor(s) under federal law and perfected security interest and liens against the property, each item of property is burdensome and/or of inconsequential value to the estate as follows:

| Item: | Debtor's Scheduled Value: | Trustee's Estimated Value: | Amount Claimed Exempt: | Lien or Security Interest in Property: | Amount left for Trustee to Administer: |
|---|---|---|---|---|---|
| 4555 Hess Lane, Phelps, WI | 231,753.00 | 0.00 | 0.00 | 241,092.00 | 0.00 |
| Homestead: 306 S. Raynor Avenue, Union Grove Wl | 361,311.20 | 0.00 | 0.00 | 682,422.44 | 0.00 |
| Checking account | 600.00 | 0.00 | 600.00 | 0.00 | 0.00 |
| Tvs $100; receiver $50; dvd player $20; tables | 1,180.00 | 0.00 | 1,180.00 | 0.00 | 0.00 |
| Books | 10.00 | 0.00 | 10.00 | 0.00 | 0.00 |
| Usual woman's clothing $300; Usual man's clothing | 600.00 | 0.00 | 600.00 | 0.00 | 0.00 |
| wedding rings $200 | 200.00 | 0.00 | 200.00 | 0.00 | 0.00 |
| Guardian Insurance policy - face value | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Catholic Family Life Insurance policy | 912.00 | 0.00 | 912.00 | 0.00 | 0.00 |
| RS/Investments - IRA, ERISA protected | 3,226.96 | 0.00 | 3,226.96 | 0.00 | 0.00 |
| Guardian 401(k) Plan | 27,911.68 | 0.00 | 27,911.68 | 0.00 | 0.00 |
| Guardian, 401(k) Plan | 33,151.75 | 0.00 | 33,151.75 | 0.00 | 0.00 |
| O & M Excavating & Grading Inc. - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LULA JOCA, LLC - debts exceed assets - property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| *** Business Credit Agreement, Dated August, 31, | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Description | | | | | |
|---|---|---|---|---|---|
| Debtor has 17.25% interest in Hintz Real Estate | 0.00 | 0.00 | 0.00 | 1,072,235.00 | 0.00 |
| ***2012 income tax refunds - no more than $10,250 | 10,250.00 | 0.00 | 10,250.00 | 0.00 | 0.00 |
| Farm Land Lease with Kevin Whitley Farms - $4,55 | 4,550.00 | 0.00 | 4,550.00 | 0.00 | 0.00 |
| 2007 Ford Expedition, 100,000 miles, Kelley Blue Book | 16,216.00 | 0.00 | 16,216.00 | 0.00 | 0.00 |
| 2009 Chevy, Malibu, 36,000 miles, Kelley Blue Boook | 6,314.00 | 0.00 | 2,503.00 | 7,622.00 | 0.00 |
| 2005 Odyssey, 19'10" pontoon boat NADA low retail | 4,960.00 | 0.00 | 4,960.00 | 0.00 | 0.00 |
| 1 dog and 11 chickens, no commercial value | 0.00 | 0.00 | 9,316.00 | 0.00 | 0.00 |
| Mutter Revocable Trust dated October 24, 2004. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Property to be Abandoned for Other Reasons

The Trustee intends to abandon the following property, not because of exemption, security interest or liens, but because the property is burdensome to the estate and of inconsequential value for the following reasons: **NONE**

The Trustee reserves the right to withdraw from the proposed abandonment should circumstances require. Requests for additional information should be directed to the Trustee.

Dated this 24th day of July 2013

/s/ Michael P. Maxwell
Michael P. Maxwell
Chapter 7 Trustee
8112 W. Bluemound Road
Suite 61
Wauwatosa, WI 53213
(414) 727-0123 Telephone
(414) 727-0124 Facsimile
trustee@maxwellattorneys.com